IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

## Alternative Dispute Resolution Summary

**Provider must file completed form, in duplicate, with the U.S. District Clerk upon completion of ADR.**

1. Civil Action number: 4:18-cv-00340-P

2. Style of case: VASQUEZ V. LANDON

3. Nature of suit: Civil Rights

4. Method of ADR used: ✓ Mediation    Mini-Trial    Summary Jury Trial

5. Date ADR session was held: January 19, 2021

6. Outcome of ADR *(Select one)*:

    Parties did not use my services.        Settled, in part, as a result of ADR.

    Settled as a result of ADR.        ✓ Parties were unable to reach settlement.

    Continuing to work with parties to reach settlement *(Note: provider must file supplemental ADR Summary Form at conclusion of his/her services).*

7. What was your TOTAL fee: $2,500

8. Duration of ADR: HALF DAY                              (i.e., one day, two hours)

9. Please list persons in attendance (including party association, i.e., defendant, plaintiff):

    1. Scott Palmer - Plaintiff's Attorney 2, James Roberts - Plaintiff's Attorney 3. Jose Vasquez - Plaintiff 4. Lynn Winters - Attorney City of Ft. Worth 5. Trey Qualls - Attorney City of Ft. Worth 6. Fernando Costa - City Manager Ft. Worth 7. Deirdre ONeil-Mills - City Risk Manager Ft. Worth 8. Ken East - Defendant's Attorney 9. Officer Justin Landon - Defendant

*Please provide the names, addresses, and telephone number of counsel on the reverse of this form.*

10. Provider information:

    _____                              01/19/21 22
    Signature                                               Date

    12720 Hillcrest Rd., Suite 1042 Dallas, TX 75230        682-313-9656
    Address                                                 Telephone

## Alternative Dispute Resolution Summary

*Continued*

**Please provide the names, addresses, and telephone numbers of counsel:**

Name: Scott Palmer

Firm: Scott H Palmer PC

Address: 15455 Dallas Parkway

Suite 540 LB 32 Addison, TX 75001

Phone: 214-987-4100

Name: James Roberts

Firm: Scott H Palmer PC

Address: 15455 Dallas Parkway Suite 540 LB

Addison, TX 75001

Phone: 214-987-4100

Name: Kenneth E East

Firm: Law Office of Kenneth E. East

Address: 306 W. 7th St., Suite 600

Fort Worth, TX 76102

Phone: 817-788-1111

Name: Lynn Marie Winter

Firm: City of Fort Worth

Address: 200 Texas Street

Fort Worth, TX 76102

Phone: 817-892-7887

Name:

Firm:

Address:

Phone:

Name:

Firm:

Address:

Phone:

Name:

Firm:

Address:

Phone:

Name:

Firm:

Address:

Phone: